**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 19-2036**

―――――――――

ROBERT V. WILKIE, individually and as Executor of the Estate of Judith Kathryn Sellers Wilkie,

                Plaintiff - Appellant,

      v.

AMICA MUTUAL INSURANCE COMPANY,

                Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:17-cv-00314-MR-WCM)

―――――――――

Submitted:  January 27, 2020                    Decided:  February 13, 2020

―――――――――

Before KING and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Robert V. Wilkie, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert V. Wilkie appeals the district court's order denying relief on his Fed. R. Civ. P. 60(b)(1) motion. We have reviewed the record and find no reversible error. *See MLC Auto., LLC v. Town of S. Pines*, 532 F.3d 269, 277 (4th Cir. 2008) (providing standard). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*